3/31/00 PURSUANT

FRCP RULES 58 & 79

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADVANCED CELLULAR SYSTEMS, INC.     *
                                    *
        Appellant                   *
                                    *
vs.                                 *     CIVIL NO. 98-2355 (JP)
                                    *
PUERTO RICO TELEPHONE COMPANY,      *
CELULARES TELEFONICA DE P.R.        *
                                    *
        Appellees                   *
_____ *

**FINAL JUDGMENT**

Pursuant to the Opinion and Order entered on this same date, the Court hereby **AFFIRMS** the Bankruptcy Court's determination to remand the removed claims and hereby **DISMISSES** the above-captioned appeal.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of March, 2000.

JAIME PIERAS, JR.
UNITED STATES DISTRICT JUDGE